**Order filed, February 04, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00808-CV

_____

## IN THE MATTER OF THE MARRIAGE OF STEVEN W. ARD AND MARSHA ARD-PHILLIPS, Appellant

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2006-47105**

---

### ORDER

The reporter's record in this case was due **December 29, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Barbara Jagji and Toyloria Hunter**, the substitute court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM